UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA – NORTHERN DIVISION

FILE NO. 2:16-MJ-1080-BO

UNITED STATES OF AMERICA

Vs.

ORDER

JOY D. HAZELGROVE

UPON MOTION of the defendant and for good cause shown, the defendant's Motion for Return of her License is hereby granted and the Clerk is directed to mail the defendant's license to her at 6006 Dugout Terrace, Mechanicsville, Virginia 23111.

SO ORDERED.

This the 14 day of November, 2016

Terrence Boyle
United States District Court Judge